LEWIS BRISBOIS BISGAARD & SMITH LLP
ROBERT W. FREEMAN
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
MAYRA SALINAS-MENJIVAR
Nevada Bar No. 14607
E-Mail: Mayra.Salinas-Menjivar@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789
Attorneys for USAA Life Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| USAA Life Company,<br><br>　　　　Plaintiff,<br>vs.<br>Dawn Nixon, individually; William J. Demetelin, individually; Jane Russell, individually; Doe Individuals I-X; and ROE Corporations I-X.<br><br>　　　　Defendants. | CASE NO. 2:20-cv-313-APG-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT IN INTERPLEADER** |

Plaintiff USAA Life Company, by and through its undersigned counsel of record, and Defendants WILLIAM J. DEMETELIN ("Demetelin") and JANE RUSSELL ("Russell") (collectively, "Defendants"), in proper person, hereby stipulate and agree that the time for Defendants to file their respective responses to Plaintiff's Complaint in Interpleader (ECF No. 1) be extended as set forth herein. Defendant Demetelin's response is currently due March 11, 2020. Defendant Russell's response is currently due March 16, 2020. The parties hereby stipulate that the due date for both Defendants' responses be extended to March 27, 2020.

///

4812-6602-7958.1

## Reason for Extension

Because of the complexity and extent of the new allegations and claims made in Plaintiff's Complaint in Interpleader, Defendants require additional time to perform an investigation prior to filing a responsive pleading and to respond accordingly. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendants' response to Plaintiff's Complaint in Interpleader.

DATED this 10th day of March, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/ *Mayra Salinas-Menjivar*
ROBERT W. FREEMAN
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
MAYRA SALINAS-MENJIVAR
Nevada Bar No. 14607
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for USAA Life Company*

DATED this ___ day of March, 2020

/s/
Jane Russell
6484 S. Wassim Circle, #2
Wasilla, Alaska 99623
*Defendant in Proper Person*

DATED this 10th day of March, 2020.

/s/ *William J. Demetelin*
William J. Demetelin
150 Park View Dr.
Lynden, WA 98264
*Defendant in Proper Person*

## ORDER

IT IS SO ORDERED.

Dated this 11th day of March, 2020.

U.S. MAGISTRATE JUDGE

## Reason for Extension

Because of the complexity and extent of the new allegations and claims made in Plaintiff's Complaint in Interpleader, Defendants require additional time to perform an investigation prior to filing a responsive pleading and to respond accordingly. This stipulation is made in good faith and not for the purpose of delay.

This is the first extension of time requested for filing Defendants' response to Plaintiff's Complaint in Interpleader.

DATED this ___ day of March, 2020.

LEWIS BRISBOIS BISGAARD & SMITH

/s/
ROBERT W. FREEMAN
Nevada Bar No. 003062
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
*Attorneys for USAA Life Company*

DATED this ___ day of March, 2020.

/s/
William J. Demetelin
150 Park View Dr.
Lynden, WA 98264
*Defendant in Proper Person*

DATED this 10 day of March, 2020

/s/
Jane Russell
6484 S. Wassim Circle, #2
Wasilla, Alaska 99623
*Defendant in Proper Person*

## ORDER

IT IS SO ORDERED.

Dated this ___ day of _____, 2020.

_____
U.S. DISTRICT COURT JUDGE