**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ROBERT W. FREEMAN
Nevada Bar No. 003062
E-Mail: Robert.Freeman@lewisbrisbois.com
PRISCILLA L. O'BRIANT
Nevada Bar No. 010171
E-Mail: Priscilla.OBriant@lewisbrisbois.com
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Telephone: 702.893.3383
Facsimile: 702.893.3789

*Attorneys for USAA Life Insurance Company*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>DAWN NIXON, individually; WILLIAM J. DEMETELIN, individually; JANE RUSSELL, individualy; DOE INDIVIDUALS I-X; and ROE CORPORATIONS I-X,<br><br>Defendants. | Case No.:   2:20-cv-313-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>**FRCP 41(a)(1)(ii)**<br><br>**LR IA 6-2** |

Pursuant to FRCP 41(a)(1)(ii) and Local Rule IA 6-2, it is hereby STIPUALTED AND AGREED by and between USAA LIFE INSURANCE COMPANY, WILLIAM J. DEMETELIN, and JANE RUSSELL, by and through their respective counsel of record, that all claims by and

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4814-0153-2867.1                                       1 of 2

between them shall be, and hereby are, dismissed in their entirety with prejudice, with each party to bear their own attorneys' fees and costs.

DATED this 17th day of July, 2020.   DATED this 17th day of July, 2020.

**LEWIS BRISBOIS BISGAARD & SMITH LLP**   **SOLOMON DWIGGINS & FREER, LTD.**

By: /s/ Priscilla L. O'Briant_____   By:/s/ Alexander G. LeVeque_____
    Robert W. Freeman (#3062)       Alexander G. LeVeque (#11183)
    Priscilla O'Briant (#10171)       Ronnie T. Goodwin (#15233)
    6385 S. Rainbow Boulevard, Suite 600       9060 W. Cheyenne Avenue
    Las Vegas, Nevada 89118       Las Vegas, Nevada 89129
    Telephone: 702.893.3383       Telephone: 702.853.5483
    Facsimile: 702.893.3789       Facsimile: 702.853.5485
    Robert.Freeman@lewisbrisbois.com       aleveque@sdfnvlaw.com
    Priscilla.OBriant@lewisbrisbois.com       rgoodwin@sdfnvlaw.com

*Attorneys for USAA Life Insurance Company*   *Attorneys for Jane Russell and William Demetelin*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 7/17/2020_____